Ihovany Jose FUENTES,
Plaintiff–Appellant,

v.

Medical Doctor C. PARKS, Registered Nurse Vivian Chang, Registered Nurse Hollandsworth, Registered Nurse Bayer, Registered Nurse Lee, Lt. Anderson, Immigration and Naturalization Service, Janis Horsford, Defendants–Appellees,

I John Doe, II John Doe, I Jane Doe, Defendants.

No. 06–2317–cv.

United States Court of Appeals, Second Circuit.

May 24, 2007.

Ihovany Jose Fuentes, pro se, Bronx, NY, for Plaintiff–Appellant.

Lawrence Fogelman, Assistant United States Attorney for Michael J. Garcia, United States Attorney for the Southern District of New York, New York, NY, for Defendants–Appellees.

Present: Hon. ROGER J. MINER, Hon. ROBERT A. KATZMANN, Circuit Judges, Hon. J. GARVAN MURTHA, District Judge.*

## SUMMARY ORDER

Plaintiff-appellant Ihovany Jose Fuentes, *pro se,* appeals from the judgment of the United States District Court for the Southern District of New York (Berman, *J.)* granting defendants-appellees' motion to dismiss appellant's amended complaint for lack of jurisdiction and failure to state a claim upon which relief could be granted pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6). The parties' familiarity with the facts is assumed.

For substantially the reasons stated in the District Court's Memorandum Decision and Order dated February 10, 2006, the judgment of the district court is **AFFIRMED.**

---

* The Honorable J. Garvan Murtha, United States District Judge for the District of Vermont, sitting by designation.